```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOOGLY EYE CRU, LLC, a New York Limited
Liability Company,

                Plaintiff,

- against -

FAST RETAILING USA, INC., et al.,

                Defendants.

**24 Civ. 3709 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the September 11, 2024, letter informing the Court that Defendants Fast Retailing USA, Inc. and UNIQLO USA LLC ("Defendants") have completed the pre-motion letter exchange with Plaintiffs regarding Defendants' anticipated motion to dismiss Plaintiffs' claims and have failed to resolve the issue without resorting to motion practice. The Court is also in receipt of the September 12, 2024, letter informing the Court that Defendant A.S.H.S. Limited d/b/a Anya Hindmarch joins Defendants' letters requesting dismissal, rather than file its own pre-motion letters.

    Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion

letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental briefing.

If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:   20 September 2024
         New York, New York

_____
Victor Marrero
U.S.D.J.