UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2025
```

GOOGLY EYE CRU, LLC, a New York Limited
Liability Company

                    Plaintiff,

         - against -

FAST RETAILING USA, INC., a
Corporation; UNIQLO USA LLC, a Delaware
Limited Liability Company; A.S.H.S.
LIMITED, an English Limited Company,
d/b/a ANYA HINDMARCH; DOES 1-10
inclusive,

                    Defendant.

24 Civ. 3709 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above-captioned matter was filed on May 14, 2024. (Dkt. No. 1.) Defendants filed answers to the Complaint on March 25, 2025. (Dkt. Nos. 26-27.)

    Accordingly, the parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be

completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:     27 March 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.