UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GOOGLY EYE CRU, LLC,

24-CV-03709 (VM) (VF)

Plaintiff,

**ORDER SCHEDULING**
**CONFERENCE**

-against-

FAST RETAILING USA, INC., et al.,

Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to address the motions at ECF Nos. 62 and 63 is hereby scheduled for

**Monday, April 27, 2026 at 11:00 a.m.** Counsel for the parties are directed to call Judge

Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; conference ID**

**[444 857 252#].**

**SO ORDERED.**

DATED:    New York, New York
          April 8, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge